# ALABAMA COURT OF CRIMINAL APPEALS



January 5, 2024

**CR-2022-1352**
Demericon Alex Williams v. State of Alabama (Appeal from Montgomery Circuit
Court: CC-97-1873.64)

## <u>NOTICE</u>

You are hereby notified that on January 5, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk